| | | |
|---|---|---|
| 1 | LAURIE A. TRAKTMAN (SBN 165588)<br>**GILBERT & SACKMAN** | JS-6 |
| 2 | A Law Corporation<br>3699 Wilshire Boulevard, Suite 1200 | |
| 3 | Los Angeles, California 90010<br>Telephone: (323) 938-3000 | |
| 4 | Facsimile: (323) 937-9139<br>Email: lat@gslaw.org | |
| 5 | | |
| 6 | Attorneys for Plaintiffs | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' PENSION PLAN OF SOUTHERN CALIFORNIA, ARIZONA AND NEVADA; BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' HEALTH PLAN OF SOUTHERN CALIFORNIA, ARIZONA AND NEVADA; BOARD OF TRUSTEES OF THE SOUTHERN CALIFORNIA SHEET METAL JOINT APPRENTICESHIP AND TRAINING COMMITTEE; BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' LOCAL 105 RETIREE HEALTH PLAN; BOARD OF TRUSTEES OF THE SOUTHERN CALIFORNIA SHEET METAL WORKERS' 401(A) PLAN; SHEET METAL WORKERS' INTERNATIONAL ASSOCIATION, LOCAL UNION NO. 105 UNION DUES CHECK-OFF AND DEFERRED SAVINGS FUND; BOARD OF TRUSTEES OF THE SOUTHERN CALIFORNIA LABOR MANAGEMENT COOPERATION TRUST; BOARD OF TRUSTEES OF THE SHEET METAL INDUSTRY FUND OF LOS ANGELES<br><br>   Plaintiffs,<br><br>      v.<br><br>PRO-AIR CONDITIONING, INC.; MARGARET MITTWER; and KENNETH KATSUO NORIEGA, individuals,<br><br>   Defendants. | Case No. CV12-08636-CAS (JCGx)<br><br>ORDER ON<br>STIPULATION FOR JUDGMENT |

Pursuant to the Stipulation by and between Plaintiffs Board of Trustees of the Sheet Metal Workers' Pension Plan of Southern California, Arizona and Nevada ("Pension Plan"); Board of Trustees of the Sheet Metal Workers' Health Plan of Southern California, Arizona and Nevada ("Health Plan"); Board of Trustees of the Southern California Sheet Metal Joint Apprenticeship and Training Committee ("JATC"); Board of Trustees of the Sheet Metal Workers' Local 105 Retiree Health Plan ("Retirees Plan"); Board of Trustees of the Southern California Sheet Metal Workers' 401(a) Plan ("401(a) Plan"); Sheet Metal Workers' International Association, Local Union No. 105 Union Dues Check-Off and Deferred Savings Fund ("Dues and Savings Fund"); Board of Trustees of the Southern California Labor Management Cooperation Trust ("LMCT"); and Board of Trustees of the Sheet Metal Industry Fund of Los Angeles ("Industry Fund") (collectively the "Plans" or "Trust Funds"), and defendants, KENNETH KATSUO NORIEGA ("Individual Defendant"); and PRO-AIR CONDITIONING, INC. ("Company") (collectively "Defendants"), the Court has considered the matter fully and concluded that good cause exists to approve the parties' Stipulation in its entirety noting that the defendant MARGARET MITTWER was previously dismissed without prejudice.

Accordingly, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

1. That the Company and Individual Defendant are indebted to the Plans in the total amount of $39,801.88 as follows: contributions (including the "Savings Deferral" which are wages deducted from employee paychecks) in the amount of $15,052.55 for the delinquent work months of January 2012 through May 2012 and July 2012 through March 2013; $11,499.55 in liquidated damages for late payment or nonpayment of contributions for the work months of July 2011 through December 2011, January 2012 through November 2012 and January 2013; $5,749.78 in interest for late payment or nonpayment of contributions for the work months of July 2011 through December 2011, January 2012 through November 2012 and January 2013; and attorney's fees in the amount of $7,500.

2.    Judgment is entered in favor of the Plans and against the Company and Individual Defendant, jointly and severally, in the amount of $39,801.88 for delinquent employee benefit plan contributions and accrued liquidated damages, interest, attorney fees and costs, together with post-judgment interest thereon at the rate of 12% per annum as of the date of the Judgment.

3.    This Court retains jurisdiction over this matter through March 7, 2014 to enforce the terms of any judgment entered hereunder, to order appropriate injunctive and equitable relief, to make appropriate orders of contempt, and to increase the amount of judgment based upon additional sums owed to the Plans by Defendants.

**IT IS SO ORDERED**.

Dated: May 13, 2013

_____
Hon. Christina A. Snyder